FILED
December 07, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002269029

B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## Eastern District of California

In re Albert Francis & Patricia Marie Naticchioni     Case No. 09-43932

          Debtor                             Chapter 11

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF Albert Francis & Patrica Marie Naticchioni HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

       This is the report as of 12/07/2009 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of Albert Francis & Patricia Marie Naticchioni holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Twin View Realty, Inc. | 100% | 1 |
| Pine Grove Development, Inc. | 50% | 2 |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

       Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of
Albert Francis Naticchioni and Patricia Marie Naticchioni
holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.  2

Date: 12/07/2009

_____
Signature of Authorized Individual

_____
Name of Authorized Individual

_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

*/signed/*
Signature of Debtor

*/signed/*
Signature of Joint Debtor

TAB 1

# Exhibit A
# Valuation Estimate for
# Twin View Realty, Inc., a California corporation

| | |
|---|---|
| **RE/MAX Franchise** (RE/MAX of Redding) <br> Franchises are no longer allowed to carry the name of <br> the city or community in which they operate. <br> The name of this franchise is grandfathered. | $ 25,000 |
| **Office Equipment** <br> Furniture/equipment/computers/copy machines/cameras | $150,000 |
| **Goodwill** (Franchise since 1991) | Included in Net |
| **Averaged Net Income** ($200,000 x 3 ) <br> Data Base of Clients/Prospects/Contacts (in excess of 2000) | $600,000 |
| **TOTAL ESTIMATED VALUE** | **$775,000** |

11:22 AM
12/04/09
Cash Basis

# Twin View Realty, Inc., dba RE/MAX of Redding
## Balance Sheet
As of November 30, 2009

|  | Nov 30, 09 | Dec 31, 08 |  |
|---|---:|---:|---|
| **ASSETS** | | | |
|   **Current Assets** | | | |
|     **Checking/Savings** | | | |
|       1000 · US Bank Checking | 4,426.39 | 2,851.86 | |
|       1015 · US Bank "PR" Checking | 7.58 | 806.09 | |
|       1016 · Wells Fargo Checking | 94.58 | 0.00 | |
|       1017 · Wells Fargo Savings | 19.00 | 0.00 | |
|       1100 · Petty Cash | 1.83 | 33.27 | |
|     **Total Checking/Savings** | 4,549.38 | 3,691.22 | |
|   **Total Current Assets** | 4,549.38 | 3,691.22 | |
|   **Fixed Assets** | | | |
|     1710 · Vehicles | 0.00 | 143,864.93 | **** |
|     1730 · Equipment | 172,796.98 | 172,796.98 | |
|     1810 · Accum Depreciation | -106,464.00 | -178,092.00 | |
|   **Total Fixed Assets** | 66,332.98 | 138,569.91 | |
|   **Other Assets** | | | |
|     1910 · RE/MAX Franchise | 22,500.00 | 22,500.00 | |
|     1915 · Accum Amort Fran Fee | -22,500.00 | -22,500.00 | |
|   **Total Other Assets** | 0.00 | 0.00 | |
| **TOTAL ASSETS** | 70,882.36 | 142,261.13 | |
| **LIABILITIES & EQUITY** | | | |
|   **Liabilities** | | | |
|     **Current Liabilities** | | | |
|       **Accounts Payable** | | | |
|         2000 · Accounts Payable | 3,167.78 | 0.00 | |
|       **Total Accounts Payable** | 3,167.78 | 0.00 | |
|       **Credit Cards** | | | |
|         1300 · Credit Card | | | |
|           1303 · Capital One-0073 | 0.00 | 12,921.54 | **** |
|           1304 · Macy's VISA-3990 | 0.00 | 17,163.41 | **** |
|           1306 · American Express | 0.00 | 507.53 | **** |
|           1307 · Capital One-3098 | 0.00 | 7,325.22 | **** |
|           1308 · Chase-VISA-4148 | 0.00 | 24,456.63 | **** |
|           1309 · US Bank VISA-8429 | 0.00 | 0.00 | **** |
|           1310 · Walmart | 167.09 | 293.02 | |
|           1311 · Office Depot | 277.00 | 199.66 | |
|         **Total 1300 · Credit Card** | 444.09 | 62,867.01 | |
|       **Total Credit Cards** | 444.09 | 62,867.01 | |
|       **Other Current Liabilities** | | | |
|         2050 · Naticchioni N/P | 499,348.12 | 410,032.88 | |
|         2055 · US Bank Credit Line | 0.00 | 47,486.48 | **** |
|         2056 · US Bank Reserve Line | 2,954.19 | 2,791.35 | |

# Twin View Realty, Inc., dba RE/MAX of Redding
## Balance Sheet
As of November 30, 2009

|  | Nov 30, 09 | Dec 31, 08 |  |
|---|---:|---:|---|
| 2060 · AMEX Business Line | 0.00 | 28,442.41 | **** |
| 2062 · Bank of The West | 0.00 | 18,805.79 | **** |
| 2100 · Payroll Liabilities | 14.00 | 0.00 | |
| 2515 · Fed P/R Tax Payable | 14,138.32 | 6,184.60 | |
| 2530 · FUTA Payable | 1.54 | 0.00 | |
| 2540 · ST P/R Tax Payable | 1,794.75 | 175.75 | |
| Total Other Current Liabilities | 518,250.92 | 513,919.26 | |
| Total Current Liabilities | 521,862.79 | 576,786.27 | |
| Total Liabilities | 521,862.79 | 576,786.27 | |
| Equity | | | |
| 3030 · Due to Shareholder | -659.00 | -659.00 | |
| 3050 · Common Stock | 50,000.00 | 50,000.00 | |
| 3900 · Retained Earnings | -483,866.14 | -465,224.45 | |
| Net Income | -16,455.29 | -18,641.69 | |
| Total Equity | -450,980.43 | -434,525.14 | |
| TOTAL LIABILITIES & EQUITY | 70,882.36 | 142,261.13 | |

**** Note - The liabilities and vehicles are in the debtors names, therefore were included in the Chapter 11 filing

1:05 PM
12/04/09
Cash Basis

# Twin View Realty, Inc., dba RE/MAX of Redding
## Statement of Income (Loss)
for the period ending November 30, 2009

|  | Jun - Nov 09 | 2008 |
|---|---:|---:|
| **Income** | | |
| 3105 · Income - Dues | 6,053.39 | 10,161.59 |
| 3106 · Income - Ad Fund | 3,119.39 | 4,295.88 |
| 3107 · Income - Agent Exp | 2,066.31 | 4,510.38 |
| 3110 · Income - FSE | 13,560.65 | 33,747.27 |
| 3115 · Income - Agent Insurance Premium | 2,570.00 | 11,950.00 |
| 3118 · Income - Escrow Coord | 1,950.00 | 11,000.00 |
| 3140 · Income - Other | 0.00 | 3,430.50 |
| 3150 · Commission Income | | |
|    3151 · Al's Escrow Coord Fees | 200.00 | 3,000.00 |
|    3152 · Referral Fee | 0.00 | 5,955.00 |
|    3153 · Al Naticchioni | | |
|       3153B · BPO | 0.00 | 2,350.00 |
|       3153C · Commercial | 0.00 | 102,390.75 |
|       3153L · Lease | 8,693.33 | 0.00 |
|       3153R · Residential | 66,950.00 | 239,922.05 |
|    Total 3153 · Al Naticchioni | 75,643.33 | 344,662.80 |
|    3155 · Al's Buyers Agent Commission | | |
|       3159 - Evie Cameron | 0.00 | 21,337.50 |
|       3160 - Mary Vassil | 7,492.50 | 0.00 |
|       3163 - Chris Murray | 0.00 | 16,500.34 |
|       3164 - Charlie Kramm | 0.00 | 17,372.48 |
|       3166 - Susan Brooks | 0.00 | 3,910.00 |
|    Total 3155 · Al's Buyers Agent Commission | 7,492.50 | 59,120.32 |
|    3150 · Commission Income - Other | 0.00 | 0.00 |
| Total 3150 · Commission Income | 83,335.83 | 412,738.12 |
| **Total Income** | 112,655.47 | 491,833.74 |
| **Expense** | | |
| 4110 · Regional Dues | 6,241.68 | 15,562.34 |
| 4120 · Regional Ad Fund | 3,636.00 | 5,422.76 |
| 4200 · Reimburseable Costs | -392.25 | -769.46 |
| 5100 · Recruiting | 0.00 | 178.00 |
| 6101 · Sales Commissions | | |
|    6101e - C Murray | 0.00 | 1,509.75 |
|    6101g - E Cameron | 0.00 | 6,042.50 |
| Total 6101 - Sales Commissions | 0.00 | 7,552.25 |
| 6120 · SUTA Expense | 0.00 | 1,314.76 |
| 6130 · FUTA Expense | 0.00 | 223.79 |
| 6140 · FICA Expense | 1,345.51 | 6,262.82 |
| 6560 · Payroll Expense | 17,751.68 | 85,768.98 |
| 6565 - 401(k) Employer Contribution | 0.00 | 254.36 |
| 66900 · Reconcilliation Discrepancies | | -61.44 |
| 7000 · Al's Sales Expense | | |
|    7010 · Al's Auto Expense | 3,681.26 | 9,119.06 |
|    7020 · Al's Advertising | | |
|       7021 · Image | | |
|          7021a · Print/Promo | 187.06 | 800.86 |

1:05 PM
12/04/09
Cash Basis

# Twin View Realty, Inc., dba RE/MAX of Redding
## Statement of Income (Loss)
for the period ending November 30, 2009

|  | Jun - Nov 09 | 2008 |
|---|---:|---:|
| 7021 · Image - Other | 47.96 | 494.00 |
| Total 7021 · Image | 235.02 | 1,294.86 |
|  |  |  |
| 7022 · Listings | 10,568.35 | 77,293.34 |
| 7023 · Yellow pages | 819.38 | 7,937.17 |
| 7024 · Signs | 830.01 | 2,384.71 |
| Total 7020 · Al's Advertising | 12,452.76 | 88,910.08 |
|  |  |  |
| 7025 · Al's Travel Expense | 0.00 | 1,261.69 |
| 7026 · Al's Team Reward Expense | 0.00 | 1,287.39 |
| 7030 · Al's Dues/Subscriptions | 1,508.94 | 10,792.26 |
| 7040 · Al's Educ/Seminars | 131.19 | 0.00 |
| 7050 · Al's Entertainment | 21.49 | 5,253.84 |
| 7051 · Al's Meals w/clients | 131.21 | 3,428.84 |
| 7060 · Al's Office Supplies |  |  |
|     7061 · Al's Postage | 119.03 | 1,887.11 |
|     7061a · Al's Computer/Printer | 245.78 | 3,102.29 |
|     7060 · Al's Office Supplies - Other | 63.12 | 2,438.85 |
| Total 7060 · Al's Office Supplies | 427.93 | 7,428.25 |
|  |  |  |
| 7062 · Al's Telephone | 9,935.61 | 11,603.22 |
| 7070 · Al's Auto Insurance | 873.08 | 2,509.80 |
| 7080 · Al's Ref Fees/Misc Disc | 5,213.25 | 32,835.88 |
| 7090 · Al's Misc Exp/Donation | 600.32 | 3,568.33 |
| 7091 · Al's Sponsorships | 125.00 | 3,130.00 |
| Total 7000 · Al's Sales Expense | 35,102.04 | 181,128.64 |
|  |  |  |
| 9000 · Bank/Service Charge | 437.06 | 1,004.20 |
| 9001 · Credit Card Finance Charge | 2,230.49 | 4,276.32 |
| 9020 · RE/MAX Advertising |  |  |
|     9029 · Air Show 2009 | 6,120.02 | 0.00 |
| Total 9020 · RE/MAX Advertising | 6,120.02 | 0.00 |
|  |  |  |
| 9030 · Office Rent | 10,400.00 | 52,800.00 |
| 9031 · Equipment Rent/Lease | 759.27 | 4,991.28 |
| 9032 · Office Equipment | 0.00 | 1,082.51 |
| 9033 · Office Furniture/Decor | 32.46 | 1,029.55 |
| 9034 · Maintenance Equip | 757.39 | 2,379.93 |
| 9035 · Office Maintenance | 1,259.68 | 5,749.96 |
| 9036 · Office Repairs | 0.00 | 1,982.90 |
| 9037 · Office Storage Unit | 235.00 | 780.00 |
| 9039 · Office Internet | 1,131.14 | 2,252.78 |
| 9040 · Office Telephone | 350.71 | 3,299.46 |
| 9050 · Office Utilities | 2,783.97 | 7,450.53 |
| 9060 · Office Supplies |  |  |
|     9061 · Office Postage | 0.00 | 385.79 |
|     9062 · Forms | 67.31 | 137.69 |
|     9063 · Computer/Printer | 1,291.87 | 1,082.34 |
|     9060 · Office Supplies - Other | 1,791.67 | 6,225.12 |
| Total 9060 · Office Supplies | 3,150.85 | 7,830.94 |

# Twin View Realty, Inc., dba RE/MAX of Redding
## Statement of Income (Loss)
for the period ending November 30, 2009

|  | Jun - Nov 09 | 2008 |
|---|---:|---:|
| 9070 · Insurance | | |
|    9071 · E & O Insurance | 2,852.69 | 7,806.12 |
|    9072 · W/C Insurance | 222.00 | 1,190.00 |
|    9073 · Business (Liability/Fire) | 1,096.35 | 2,386.00 |
|    9074 · Medical/Dental | 8,502.56 | 19,862.15 |
| Total 9070 · Insurance | 12,673.60 | 31,244.27 |
| | | |
| 9080 · Dues & Subscriptions | 1,158.00 | 2,092.22 |
| 9090 · Education/Seminars | 0.00 | 481.84 |
| 9110 · Auto Expense | 889.41 | 1,858.31 |
| 9125 · Travel Expense | 0.00 | 221.16 |
| 9130 · Depreciation | 0.00 | 16,630.00 |
| 9150 · Prop/Bus Taxes | 301.74 | 2,222.86 |
| 9160 · License/Fees | 0.00 | 127.00 |
| 9175 · Misc Expense | 940.00 | 420.99 |
| 9180 · Interest | | |
|    9187 · Int AMEX Credit Line | 180.31 | 1,855.71 |
|    9188 · Int US Bank Credit Line | 1,194.66 | 3,907.71 |
|    9189 · Int US Bank Reserve Line | 216.26 | 398.75 |
|    9180 · Interest - Other | 0.00 | 25.58 |
| Total 9180 · Interest | 1,591.23 | 6,187.75 |
| | | |
| 9190 · Acctng/Legal/Consulting | | |
|    9191 · Accounting Fees | 12,300.00 | 34,873.39 |
|    9192 · Legal Fees | -484.81 | 11,203.27 |
|    9193 · Consulting Fees | 100.00 | 50.00 |
| Total 9190 · Acctng/Legal/Consulting | 11,915.19 | 46,126.66 |
| | | |
| 9300 · Bad Debt | 6,707.18 | 0.00 |
| 9500 · Small Jobs Costs | 271.71 | 3,094.21 |
| Total Expense | 129,770.76 | 510,475.43 |
| | | |
| Net Income | -17,115.29 | -18,641.69 |

# Twin View Realty, Inc., dba RE/MAX of Redding
## Statement of Cash Flow
for the period ending November 30, 2009

|  | Jun - Nov 09 | 2008 |  |
|---|---:|---:|---|
| **OPERATING ACTIVITIES** | | | |
| Net Income | -52,658.14 | -60,589.22 | |
| Adjustments to reconcile Net Income | | | |
| to net cash provided by operations: | | | |
| 1200 · Accounts Receivable | 13,563.72 | -1,679.05 | |
| 2000 · Accounts Payable | 25,146.91 | 43,626.58 | |
| 1300 · Credit Card:1303 · Capital One-0073 (Closed) | -12,501.64 | 10,853.62 | **** |
| 1300 · Credit Card:1304 · Macy's VISA-3990 (Closed) | -19,643.72 | 16,412.02 | **** |
| 1300 · Credit Card:1306 · American Express ($1500) | -793.67 | -164.16 | **** |
| 1300 · Credit Card:1307 · Capital One-3098 ($8K) | -7,918.46 | 4,057.00 | **** |
| 1300 · Credit Card:1308 · Chase-VISA-4148 (Closed) | -24,302.20 | 24,456.63 | **** |
| 1300 · Credit Card:1310 · Walmart | -173.06 | 293.02 | |
| 1300 · Credit Card:1311 · Office Depot | -139.01 | 199.66 | |
| 2050 · Naticchioni N/P | 94,810.89 | -24,465.87 | |
| 2055 · US Bank Credit Line ($50K) | -48,917.03 | -1,546.30 | **** |
| 2056 · US Bank Reserve Line ($3K) | 61.94 | -106.18 | |
| 2060 · AMEX Business Line (Closed) | -25,835.83 | -2,885.29 | **** |
| 2062 · Bank of The West (Suburban) | -16,131.89 | -5,836.58 | **** |
| 2100 · Payroll Liabilities | 0.00 | -5.38 | |
| 2515 · Fed P/R Tax Payable | 3,157.02 | 3,480.50 | |
| 2530 · FUTA Payable | 0.00 | -43.08 | |
| 2540 · ST P/R Tax Payable | 599.62 | -828.15 | |
| 2570 · 401(K) Employer | 0.00 | -1,552.27 | |
| Net cash provided by Operating Activities | -71,674.55 | 3,677.50 | |
| | | | |
| **INVESTING ACTIVITIES** | | | |
| 1710 · Vehicles | 143,864.93 | 0.00 | |
| 1730 · Equipment | 0.00 | -324.00 | |
| 1810 · Accum Depreciation | -71,628.00 | 16,630.00 | |
| Net cash provided by Investing Activities | 72,236.93 | 16,306.00 | |
| | | | |
| Net cash increase for period | 562.38 | 19,983.50 | |
| | | | |
| Cash at beginning of period | 3,987.00 | -16,292.28 | |
| Cash at end of period | 4,549.38 | 3,691.22 | |

**** Note - These items are in the debtors names, therefore were included in the Chapter 11 filing

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners/ Equity (Deficit) for**
<u>**Twin View Realty, Inc., a California corporation**</u>
Period ending November 30, 2009

There have been no changes in the shareholders' equity for the most recent six-month period of the current fiscal year.

There have been no changes in the shareholders' equity for the prior fiscal year (2008).

# Exhibit C
## Description of Operations for
## Twin View Realty, Inc., a California corporation

The debtors own 100 percent of the entity.

Twin View Realty Inc., a California corporation, dba RE/MAX of Redding, a Franchisee of RE/MAX California/Hawaii. RE/MAX of Redding is a full service real estate brokerage firm, with the office located at 915 Twin View Blvd, Redding, CA 96003.

Debtor, Patricia Naticchioni is the designated broker of record for Twin View Realty, Inc., dba RE/MAX of Redding. Debtor, Albert Naticchioni is a Broker Agent with RE/MAX of Redding.

The firm and it's real estate agents represent sellers and buyers of commercial and residential properties as well as vacant land. Income is generated from commission sales.

Albert Naticchioni has been a consistent top producing real estate broker for the past 20 years. Relative to the current real estate market trends, that level of production is expected to continue.

TAB 2

# Exhibit A
## Valuation Estimate for
### Pine Grove Development, Inc., a California corporation

The only assets of this corporation are the 73 remaining lots in Deer Creek Manor Subdivision, Shasta Lake City, CA which are currently under Notice of Default by lien holder.

Valuation determined by using a bulk sale value of $70,000/lot.      $5,110,000.00

Ryan Appraisals File No. 270090.CWR.KEH completed November 6, 2007 by Charles W. Ryan, MAI and Kent E. Hume Certified General Real Estate Appraiser,

Opinion of Market Value in bulk, 76 finished lots, "AS IS" Condition      $6,500,000.00

**TOTAL ESTIMATED VALUE**      $5,110,000.00 **

**There is an obligation under the debtors' name in the amount of $5,498,888.68 as of 10/16/2009.

# Pine Grove Development, Inc.
## Balance Sheet
### As of November 30, 2009

|  | Nov 30, 09 | Dec 31, 08 |
|---|---:|---:|
| **ASSETS** | | |
|   Current Assets | | |
|     Checking/Savings | | |
|       1000 · Redding Bank Of Commerce Chking | 6.44 | 558.78 |
|       1100 · PremierWest Bank | 24.91 | 21.73 |
|     Total Checking/Savings | 31.35 | 580.51 |
|   Total Current Assets | 31.35 | 580.51 |
|   Fixed Assets | | |
|     1301 · Deer Creek Manor - Land | 2,499,255.00 | 3,349,255.00 |
|     1303 · Deer Creek Manor-Improvements | 1,300,864.40 | 1,253,308.00 |
|     3500 · Subdivisions | | |
|       3501 · Deer Creek Manor - Phase 1-4 | 3,913,447.00 | 3,913,447.00 |
|       3503 · Deer Creek Manor - Phase 5-8 | | 46,867.50 |
|     Total 3500 · Subdivisions | 3,913,447.00 | 3,960,314.50 |
|   Total Fixed Assets | 7,713,566.40 | 8,562,877.50 |
|   Other Assets | | |
|     1500 · Sales Office (Mobile) | 50,030.52 | 50,030.52 |
|     1850 · Investment Property 1 | 591.95 | 591.95 |
|     1950 · Loan fees | 34,000.00 | 34,000.00 |
|   Total Other Assets | 84,622.47 | 84,622.47 |
| **TOTAL ASSETS** | 7,798,220.22 | 8,648,080.48 |
| **LIABILITIES & EQUITY** | | |
|   Liabilities | | |
|     Current Liabilities | | |
|       Other Current Liabilities | | |
|         2405 · N/P US Bank (Sales Mobile) | -1,320.00 | 0.00 |
|         2406 · Charter Rental Group, LLC | 4,115,496.44 | 4,115,496.44 ** |
|       Total Other Current Liabilities | 4,114,176.44 | 4,115,496.44 |
|     Total Current Liabilities | 4,114,176.44 | 4,115,496.44 |
|     Long Term Liabilities | | |
|       2410 · N/P T Kurth & D Riley | 0.00 | 850,000.00 |
|       2850 · N/P Deer Creek Land | 3,530,000.00 | 3,530,000.00 |
|       2860 · N/P Developers Surety | 192,800.00 | 0.00 |
|       2870 · N/P Knighten | 827,219.58 | 826,419.58 |
|       2880 · N/P Naticchioni | 761,924.77 | 760,040.89 |
|     Total Long Term Liabilities | 5,311,944.35 | 5,966,460.47 |
|   Total Liabilities | 9,426,120.79 | 10,081,956.91 |

10:33 AM
12/07/09
Accrual Basis

# Pine Grove Development, Inc.
## Balance Sheet
### As of November 30, 2009

|  | Nov 30, 09 | Dec 31, 08 |
|---|---:|---:|
| **Equity** | | |
| 1110 · Retained Earnings | -1,438,876.43 | -1,090,389.95 |
| 2000 · Owner's Capital | | |
|     2010 · Al & Pat Naticchioni Equity | 1,320.00 | 0.00 |
| Total 2000 · Owner's Capital | 1,320.00 | 0.00 |
| 3000 · Opening Bal Equity | -194,000.00 | 0.00 |
| 3200 · Common Stock | 5,000.00 | 5,000.00 |
| Net Income | -1,344.14 | -348,486.48 |
| Total Equity | -1,627,900.57 | -1,433,876.43 |
| **TOTAL LIABILITIES & EQUITY** | 7,798,220.22 | 8,648,080.48 |

\*\* Note - This loan is personally
guaranteed by Al & Pat Naticchioni and
Ken Knighten

# Pine Grove Development, Inc.
## Profit & Loss
### January through December 2008

|  | Nov 30, 09 | Jan - Dec 08 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
|   4100 · Sales | | |
|     4200 · Deer Creek Manor | | 244,900.00 |
|   Total 4100 · Sales | 0.00 | 244,900.00 |
| **Total Income** | 0.00 | 244,900.00 |
| **Cost of Goods Sold** | | |
|   5000 · Cost of Goods Sold | | |
|     5100 · Lot costs | | -18,951.18 |
|     5300 · Selling Expenses | | 834.60 |
|   Total 5000 · Cost of Goods Sold | 0.00 | -18,116.58 |
| **Total COGS** | 0.00 | -18,116.58 |
| **Gross Profit** | | 263,016.58 |
| **Expense** | | |
|   6100 · Advertising | | 22,417.13 |
|   6125 - Loan Fee | 150.00 | |
|   6180 · Insurance | | |
|     6185 · Liability Insurance | | 1,624.94 |
|   Total 6180 · Insurance | 0.00 | 1,624.94 |
|   6200 · Interest Expense | | |
|     6207 · Charter Rental Group | | 499,117.10 |
|     6221 · N/P Thomas Kurth | | 49,999.98 |
|     6223 · Developers Surety | 400.00 | 0.00 |
|   Total 6200 · Interest Expense | 400.00 | 549,117.08 |
|   6230 · Licenses and Permits | | 180.00 |
|   6240 · Miscellaneous | | 0.00 |
|   6270 · Professional Fees | | |
|     6280 · Legal Fees | 25.00 | 29,785.90 |
|     6650 · Accounting | | 1,500.00 |
|   Total 6270 · Professional Fees | 25.00 | 31,285.90 |
|   6300 · Repairs | | |
|     6330 · Equipment Repairs | 0.00 | 780.00 |
|   Total 6300 · Repairs | 0.00 | 780.00 |
|   6340 · Telephone | | 1,723.11 |
|   6390 · Utilities | | |
|     6400 · Gas and Electric | | 3,724.63 |
|     6410 · Water | | 393.97 |
|     6390 · Utilities - Other | | 0.00 |
|   Total 6390 · Utilities | 0.00 | 4,118.60 |
|   6550 · Office Supplies | | 36.40 |
|   6820 · Taxes | | |
|     6850 · Property | | -580.10 |
|     6860 · State | | 800.00 |
|   Total 6820 · Taxes | 0.00 | 219.90 |
| **Total Expense** | 575.00 | 611,503.06 |
| **Net Ordinary Income** | -575.00 | -348,486.48 |
| **Net Income** | -575.00 | -348,486.48 |

# Pine Grove Development, Inc.
## Statement of Cash Flows
### June through November 2009

|  | Jun - Nov 09 | Dec 31, 08 |
|---|---:|---:|
| **OPERATING ACTIVITIES** | | |
| Net Income | -575.00 | -348,486.48 |
| Adjustments to reconcile Net Income to net cash provided by operations: | | |
| 2405 · N/P US Bank (Sales Mobile) | -660.00 | |
| Adjustments to reconcile Net Income to net cash provided by operations: | | |
| 2406 · Charter Rental Group, LLC | | -198,139.95 |
| Net cash provided by Operating Activities | -1,235.00 | -546,626.43 |
| **INVESTING ACTIVITIES** | | |
| 1301 · Deer Creek Manor - Land (Phase 5-8) | 850,000.00 | 0.00 |
| Net cash provided by Investing Activities | 850,000.00 | 0.00 ** |
| **FINANCING ACTIVITIES** | | |
| 2410 · N/P T Kurth & D Riley | -850,000.00 | 0.00 ** |
| 2850 · N/P Deer Creek Land (Phase 1-4) | 0.00 | -3,530,000.00 *** |
| 2860 · N/P Developers Surety | -1,200.00 | 0.00 |
| 2870 · N/P Knighten | 800.00 | 323,185.70 |
| 2880 · N/P Naticchioni | 950.00 | 302,793.71 |
| 2000 · Owner's Capital:2010 · A&P Naticchioni Equity | 660.00 | 0.00 |
| Net cash provided by Financing Activities | -848,790.00 | -2,904,020.59 |
| Net cash increase for period | -25.00 | -1,011.12 |
| Cash at beginning of period | 56.35 | 1,591.63 |
| Cash at end of period | 31.35 | 580.51 |

** Note: Property foreclosure - sold 9/2/09

*** Note : Property in foreclosure

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners/ Equity (Deficit) for**
<u>**Pine Grove Development, Inc., a California corporation**</u>
Period ending November 30, 2009

There have been no changes in the shareholders' equity for the most recent six-month period of the current fiscal year.

There have been no changes in the shareholders' equity for the prior fiscal year (2008).