FILED
December 10, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002277312

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In Re:  Case No.: **09-43932**

**Albert F. & Patricia M. Naticchioni**  REPORT OF 341 MEETING

_____Debtor_____/

1. Date of Meeting  _12/10/09_
2. Appearances:  SEE ATTACHED
   a) Debtor(s) _____
   
   b) Debtor(s) Attorney _____
   c) Creditors _____

3. ( ) Debtor failed to appear
4. ( ) Debtor's counsel failed to appear
5. ( ) Debtor has not filed schedules and/or statement of affairs
6. ( ) Debtor has failed to provide proof of Debtor-in-Possession Bank Accounts
7. ( ) Debtor has failed to provide proof of insurance
8. ( ) Debtor Health Care
9. ( ) Debtor Small Business

### DISPOSITION
10. (X) Meeting Concluded
11. ( ) Meeting continued to _____ at _____ m.

Dated: _12/10/09_  By: _/s/ Allen C. Massey_

SARA L. KISTLER
Acting United States Trustee

ALLEN C. MASSEY
Attorney for the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA  95814
(916) 930-2100

- 1 -

OFFICE OF THE UNITED STATES TRUSTEE
APPEARANCE SHEET
341 MEETING OF CREDITORS

Case Name: **Albert F. & Patricia M. Naticchioni**
Case No.: 09-43932

Location: **Sacramento**   Date: 12/10/09

**PLEASE PRINT YOUR NAME, ADDRESS AND PHONE NUMBER
AND INDICATE WHO YOU REPRESENT**

Name: Megan Lewis
Address: 400 Capitol Mall 22nd
Sacramento CA 95814
Phone # 916 441-2430
Representing: Debtors

Name: Kevin Howard
Address: 7509 Madison Av, Ste 111
Citrus Heights, CA 95610
Phone # (916) 880-3040
Representing: US Bank

Name: Douglas Kraft
Address: 7509 Madison Ave, Suite 111
Citrus Heights, CA 95610
Phone # (916) 880-3040
Representing: US Bank

Name: Albert & Patricia Naticchioni

-2-